# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CV-00379-SASP-KJM |
| CASE NAME: | Rico-Tapia v. Smith et al |
| ATTY FOR PETITIONER: | Julio J. Ramos* |
| ATTY FOR RESPONDENT: | Joseph Michael McGinley* |

| | | | |
|---|---|---|---|
| JUDGE: | Shanlyn A.S. Park | REPORTER: | Ann Matsumoto |
| DATE: | 10/06/2025 | TIME: | 10:00am-10:35am<br>10:45am-11:05am |

COURT ACTION: EP: [2]Petition for Writ of Habeas Corpus; [11]Motion for Temporary Restraining Order; and [13] Application for Order to Show Cause ("OSC") re: Temporary Restraining Order Preliminary Injunction.

Attorney Julio J. Ramos participated by video teleconference("VTC").

The Court previously granted Mr. Ramos's request to waive petitioner Joaquin David Rico-Tapia's presence at 10/06/2025 hearing.

[11]Motion for Temporary Restraining Order converted to Request for Preliminary Injunction-GRANTED. Petitioner is entitled to a bond hearing in immigration court, and this bond hearing must be provided within fourteen (14) days of today 10/06/2025. Oral ruling stated on the record. Court to issue written order.

Thereafter, Court will rule on [2]Petition for Writ of Habeas Corpus.

Court ordered Respondents to provide copy of all documents referenced in Declaration of Leon Ho by close of business Friday, October 10, 2025.

Court also ordered Respondents to provide a status report by Friday, October 10, 2025 regarding status of immigration proceedings in light of the government shutdown.

Submitted by: Theresa Lam, Courtroom Manager