# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

JOAQUIN DAVID RICO-TAPIA

      Petitioner,

        V.

MICHAEL J.D. SMITH, Warden,
Federal Detention Center, Honolulu,
Hawaii; POLLY KAISER, Acting
Field Office Director, San Francisco
Field Office, Immigration and
Customs Enforcement; PAM BONDI,
Attorney General of the United States;
KRISTI NOEM, Secretary of
Homeland Security, in their official
capacities

        Respondents.

JUDGMENT IN A CIVIL CASE

Case: CV 25-00379 SASP-KJM

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 09, 2026, 3:33 pm
Lucy H. Carrillo, Clerk of Court
```

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting Preliminary Injunction", filed on October 10, 2025, ECF No. 21 and the Entering Order, filed on January 9, 2026, ECF No. 32. It is further ordered that the Clerk shall close this case.

| January 9, 2026 | | LUCY H. CARRILLO |
|---|---|---|
| Date | | Clerk |

      /s/ LUCY H. CARRILLO by EA

(By) Deputy Clerk